7jgmtwoh (7/12)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:*  Lisa A Flippin
*Debtor*

*Bankruptcy Case No.*
13–61869–abf7

**Missouri Family Support Division**
   Plaintiff(s)

*Adversary Case No.*
14–06008–abf

v.

**Lisa Ann Flippin**
   Defendant(s)

# JUDGMENT

   The issues of this proceeding having been duly considered by the Honorable Arthur B. Federman , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

*IT IS ORDERED AND ADJUDGED*: That Judgment by CONSENT is hereby entered against Lisa Ann Flippin, The following debts owed to the Missouri Department of Social Services by Lisa Ann Flippin, pursuant to ll U.S.C. Section 523(a)(2)(B), are not dischargeable and will be excepted from any discharge obtained in the Debtor's underlying bankrutpcy proceedings: 1. Food Stamps benefits paid to the Debtor in the amount of $7,242.01 and, 2. Mo HealthNet benefits conferred upon the Debtor in the amount of $18,889.25.



Ann Thompson
Court Executive

By: /s/ Sharon Greene
      Deputy Clerk

Date of issuance: 6/4/14

Court to serve